```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

CLAUDIA DELSASSO                     :     NO. 3:14CV00063(RNC)
     Plaintiff                       :
                                     :
vs.                                  :
                                     :
1249 WINE BAR, INC., NELSON          :
VEIGA, ALEXANDER RUGGIERO, AND       :
JAMIE WEBB                           :     JANUARY 21, 2016
     Defendants.
```

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), Kateryna Lagun respectfully moves this Court for permission to withdraw her appearance filed on behalf of defendants 1249 WINE BAR, INC., NELSON VEIGA, ALEXANDER RUGGIERO and JAMIE WEBB. James N. Tallberg of Karsten & Tallberg, LLC, previously entered an appearance on behalf of defendants and will continue to serve as their counsel of record.

WHEREFORE, Kateryna Lagun requests that this Court grant her permission to withdraw her appearance on behalf of the above named defendants.

```
                    DEFENDANTS, 1249 WINE BAR,
                    INC., NELSON VEIGA, ALEXANDER
                    RUGGIERO AND JAMIE WEBB


                BY__/ss/Kateryna Lagun
                    Kateryna Lagun
                    Federal Bar No.: ct28842
                    Karsten & Tallberg, LLC
                    500 Enterprise Dr., Suite 4B
                    Rocky Hill, CT 06067
                    T: (860)233-5600
                    F: (860)233-5800
                    jtallberg@kt-lawfirm.com
```

## **CERTIFICATION**

I hereby certify that on January 21, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                                    __/ss/Kateryna Lagun  
                                                       Kateryna Lagun