## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLAUDIA DELSASSO** | : | **CIVIL ACTION NO.: 3:14-cv-00063-RNC** |
| **Plaintiff** | : | |
| | : | |
| **versus** | : | |
| | : | |
| **1249 WINE BAR, LLC;** | : | |
| **NELSON VEIGA;** | : | |
| **ALEXANDER RUGGIERO; and** | : | |
| **JAMIE WEBB;** | : | |
| **Defendants** | : | **MARCH 9, 2018** |

### JOINT STATUS REPORT

Pursuant to the Court's Order, the parties respectfully submit this Joint Status Report.

1.  The parties, through counsel, have engaged in extensive discussions regarding the possibility of formally consenting to a jury trial before a Magistrate Judge.

2.  The parties are strongly considering that possibility; however, it is expected that new trial counsel, Attorney Lewis Chimes, will be appearing in this action for plaintiff and there is a distinct possibility that Attorney Chimes' participation may limit the pool of Magistrate Judges able to serve as trial judge.

3.  The parties have discussed the possibility of providing formal consent to try the case before either Magistrate Judge Thomas P. Smith, Magistrate Judge William I. Garfinkel, or Magistrate Judge Sarah A.L. Merriam.

4.    Prior to executing and filing the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, trial counsel needs to appear for plaintiff, and the logistics of this referral, including a determination regarding which Magistrate Judge may be available  to serve as the trial judge, needs further exploration.

5.    For the foregoing reasons, the parties respectfully request a referral to either Magistrate Judge Smith, Garfinkel, or Merriam.

DEFENDANTS, 1249 WINE BAR, INC., NELSON VEIGA, ALEXANDER RUGGIERO AND JAMIE WEBB

By/ss/James N. Tallberg
   James N. Tallberg
   Federal Bar No.: ct17849
   Karsten & Tallberg, LLC
   500 Enterprise Drive, Ste.4B
   Rocky Hill, CT 06067
   T: 860-233-5600
   F: 860-233-5800
   jtallberg@kt-lawfirm.com

THE PLAINTIFF, CLAUDIA DELSASSO

By  /ss/ Robert Fortgang
   Robert Fortgang
   Federal Bar No.: ct5437
   Robert Fortgang Associates, LLC
   Greystone Court
   573 Hopmeadow Street
   Simsbury, CT  06070
   (860) 658-1055
   rob@fortgangemploymentlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 9th day of March 2018, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/ss/James N. Tallberg
James N. Tallberg